JEFFREY E. FAUCETTE (No. 193066)
JASON M. SKAGGS (No. 202190)
SKAGGS FAUCETTE LLP
One Embarcadero Center, Suite 500
San Francisco, California 94111
Telephone:  (415) 315-1669
Facsimile:   (415) 433-5994
E-mail:  jeff@skaggsfaucette.com
E-mail:  jason@skaggsfaucette.com

Attorneys for Defendant YAHOO! INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WILSON & HAUBERT, PLLC,<br><br>        Plaintiff,<br><br>v.<br><br>YAHOO! INC.<br><br>        Defendant. | Case No.: 3:13-CV-5879-EMC<br><br>**STIPULATION AND [PR~~OPOS~~ED]<br>ORDER RE INITIAL CASE<br>MANAGEMENT CONFERENCE AND<br>SCHEDULE** |

WHEREAS, the initial Case Management Conference in this matter is currently set for March 20, 2014;

WHEREAS, on February 21, 2014, Defendant Yahoo! Inc. filed its Answer to the Complaint and a Motion Requiring Plaintiff to Post an Undertaking to Secure Costs and that motion is set for a hearing on April 10, 2014 at 1:30 p.m.

WHEREAS, the parties believe that it would be more efficient for the parties and likely the Court to consolidate the CMC and this hearing date;

IT IS HEREBY STIPULATED AND AGREED between the undersigned counsel for

Plaintiff W&H and Defendant Yahoo as follows:

1. The initial Case Management Conference in this matter shall be continued to April 10, 2014 at 9:00 a.m. (or to 1:30 p.m. if the Court prefers to hold the CMC at the same time as the motion hearing).

2. The joint Case Management Conference statement shall be due to be filed April 3, 2014.

3. The parties shall serve their initial disclosures no later than April 3, 2014.

Dated: March 5, 2014          SKAGGS FAUCETTE LLP

                              By:  /s/
                                   Jeffrey E. Faucette
                              Attorneys for Defendant YAHOO! INC.

Dated: March 5, 2014          CARNEY BATES & PULLIAM, PLLC

                              By:  /s/
                                   Hank Bates
                              Attorneys for Plaintiff WILSON & HAUBERT, PLLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __3/10__, 2014

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



## Filer's Attestation

I, Jeffrey E. Faucette, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER RE INITIAL CASE MANAGEMENT CONFERENCE AND SCHEDULE. Pursuant to Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Plaintiff's counsel.

By: /s/
Jeffrey E. Faucette