| | |
|---|---|
| CARNEY BATES & PULLIAM, PLLC<br>Hank Bates (Ca. # 167688)<br>hbates@cbplaw.com<br>J. Allen Carney (Pro Hac Vice)<br>acarney@cbplaw.com<br>David Slade (Pro Hac Vice)<br>dslade@cbplaw.com<br>11311 Arcade Drive, Suite 200<br>Little Rock, Arkansas 72212<br>Tel: 501-312-8500; Fax: 501-312-8505<br><br>LOZEAU DRURY LLP<br>Michael Lozeau (Ca. # 142893)<br>Michael@lozeaudrury.com<br>410 12th Street, Suite 250<br>Oakland, California 94607<br>Tel: 510-836-4200 Fax: 510-836-4205<br><br>Attorneys for Plaintiff Wilson & Haubert, PLLC | JEFFREY E. FAUCETTE (No. 193066)<br>JASON M. SKAGGS (No. 202190)<br>SKAGGS FAUCETTE LLP<br>One Embarcadero Center, Suite 500<br>San Francisco, California 94111<br>Tel: 415-315-1669; Fax: 415-433-5994<br>E-mail: jeff@skaggsfaucette.com<br>E-mail: jason@skaggsfaucette.com<br><br>Attorneys for Defendant YAHOO! INC. |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| WILSON & HAUBERT, PLLC,<br><br>   Plaintiff,<br><br>vs.<br><br>YAHOO! INC.<br><br>   Defendant. | Case No.: 3:13-CV-5879-BLF<br><br>**CLASS ACTION**<br><br>[Proposed] **ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and having considered the Parties' Stipulation dismissing the action with prejudice as to Plaintiff's individual claims,

IT IS HEREBY ORDERED as follows: This action is dismissed with prejudice and each party shall bear its own fees and costs.

IT IS SO ORDERED.

Dated: September 18, 2014

_____
Hon. Beth L. Freeman
United States District Judge